UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**CHRISTOPHER SANDIFER,**
individually and on behalf of all others
similarly situated,

*Plaintiff,*

*v.*

**MORTGAGEPROS, LLC**, a
Michigan registered company,

*Defendant.*

Case No.

**CLASS ACTION COMPLAINT**

**DEMAND FOR JURY TRIAL**

## CLASS ACTION COMPLAINT

Plaintiff Christopher Sandifer ("Plaintiff Sandifer" or "Sandifer") brings this Class Action Complaint and Demand for Jury Trial against Defendant MortgagePros, LLC ("Defendant" or "MortgagePros") to stop the Defendant from violating the Telephone Consumer Protection Act ("TCPA") by placing unsolicited calls to phone numbers that are registered on the National Do Not Call registry ("DNC"). Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendant's conduct. Plaintiff Sandifer, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

1

## PARTIES

1.      Plaintiff Sandifer is a resident of Colorado Springs, Colorado.

2.      Defendant MortgagePros is a Michigan registered company headquartered in Troy, Michigan.

## JURISDICTION AND VENUE

3.      This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4.      This Court has personal jurisdiction over the Defendant and venue is proper in this District under 28 U.S.C. § 1391(b) because Defendant has its headquarters in this District and the wrongful conduct giving rise to this case was directed from this District.

## INTRODUCTION

5.      As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

6.     When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

7.     By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

8.     The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

9.     According to online robocall tracking service "YouMail," 4.5 billion robocalls were placed in August 2024 alone, at a rate of 143.8 million per day. www.robocallindex.com (last visited September 22, 2024).

10.     The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

11.     "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

12.     "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls

Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

## COMMON ALLEGATIONS

13.     MortgagePros offers mortgage related services to consumers that include home mortgages and refinancing.[3]

14.     Defendant MortgagePros places calls to solicit its mortgage services.

15.     MortgagePros generates business by placing unsolicited calls to consumers who have done a credit pull either through a bank or other financial institution, as per Plaintiff's experience.

16.     Consumers have posted complaints about how MortgagePros called them after their credit was pulled by a company that they were doing business with, including:

- "***I had my credit pulled buy another company for a new home mortgage. My information was bought by MortgagePros and they called me 5 times within an hour***. They all seemed to think I was refinancing, so they didn't even have accurate information. All the reps were very rude and even hung up on me in mid sentence of asking them not to call again. They are predatory on veterans and pretend to

---

[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf

[3] https://mtgpros.com/about-mortgage-pros/

'appreciate' your service. Stay away from this company at all costs."[4] (emphasis added)

- "A guy names Rafael called me ***after i had my credit pulled by another lender***. Wh3n i told him i was not interested, this guy started making fun of my accent. Very unprofessional. Stay away from this company."[5] (emphasis added)

- "I would give these people 0 stars if that was an option. I did not seek their services. ***They found out I was applying for a mortgage through a local company*** and began harassing me with CONSTANT phone calls. They called me 24 TIMES from after 8am until just before 5pm in ONE day. I asked to be put on the 'do not call list' and still received calls every 15 minutes. Highly unprofessional, annoying, and intrusive."[6] (emphasis added)

- "This company harasses you 7 days a week and all day. ***Our current mortgage lender pulled our credit*** and since then this company and it's rude employees won't quit harassing us."[7] (emphasis added)

- "***They got my number from the credit bureau*** and have called me over 50 times today. When I have asked them to stop they said no. I hang up on them and they keep calling back. I have never seen any business more rude or like this."[8] (emphasis added)

- "'Tony' ***called after my credit was pulled for a home equity loan***. He hung up on me when I was telling him I wasn't interested in refinancing."[9] (emphasis added)

- "I was originally ***contacted in the beginning of June, when I had applied for a different loan with my bank***. ***** reached out to me and when I told him about my situation and wanting to refinance my house he assured he could help me..."[10] (emphasis added)

- "***I have recently applied for a loan and received a call from *** at Mortgage Pros*** and I politely asked to be removed from the call list

---

[4] https://www.google.com/search?q=mortgagepros
[5] Id.
[6] Id.
[7] Id.
[8] Id.
[9] Id.
[10] https://www.bbb.org/us/mi/troy/profile/mortgage-lenders/mortgagepros-llc-0332-90051771/complaints

they had and he continued to ask about my situation as if I didnt just say I would like to unsubscribe from your company. I then said No, that was it He said what was it?, so I repeated myself, unsubscribing means that Im not interested, so could you take me off your call list? He said I do not have to unsubscribe you! I said then how is that relationship going to work? He then hung up on me. I do not want to receive a call from them now or ever."[11] (emphasis added)

- "***I had my credit ran yesterday*** and the Mortgage Pro and ********************* obtained my information and has been calling my phone nonstop today."[12] (emphasis added)

- "***I had my credit ran yesterday and this company obtained my information and has been calling my phone nonstop today***, well over 50 times in a 12 hour span. All of their online reviews are either 5 stars(assuming they are fake) or 1 star." (emphasis added)

17.    As a result of the above, MortgagePros is placing unsolicited calls to consumers whose phone numbers are registered on the DNC such as Plaintiff Sandifer, who have never given consent to MortgagePros to call them.

18.    Samantha Marty, a MortgagePros employee specifically referenced placing 125+ cold calls a day to consumers who recently had their credit pulled:

---

[11] Id.
[12] https://www.bbb.org/us/mi/troy/profile/mortgage-lenders/mortgagepros-llc-0332-90051771/complaints?page=3

 **Samantha Marty** (She/Her)
Financial Professional NMLS:2256065

### Experience

**Mortgage Loan Officer**
Mortgage Pros · Full-time
Jun 2022 - Nov 2022 · 6 mos

Cold calling over 125+ prospective clients a day who recently got their credit pulled looking for a mortgage. Acted as a knowledgeable mortgage loan officer in support of multiple different lenders across the nation. Set up new accounts by recording account information. Generated mortgage loans and established procedures to achieve loan origination business objectives of financial risk. First and main point of contact for mortgage borrower from start of origination to closing of the loan. Collecting documents, analyzing and reviewing information ensuring the file was complete and ready to proceed with the closing. First contact for resolution of escalated issues and internal inquiries presented by analysts and internal partners. Stringently maintain a 100% quality rate for overall internal and external processes. Consult and communicate with borrowers through various channels regarding the full lifecycle of the mortgage loan issues. Oversee communications strategy for the clear conveyance of mortgage banking concepts.

**Skills:** Prospects · Lead Generation · Written Communication · Relationship Building · Sales · Lead Qualification · Sales Processes                                          13

19.     Consumers have posted complaints online directly to MortgagePros through its Google reviews profile regarding unsolicited calls, including:

**Diondra Moore**
1 review

⭐☆☆☆☆  2 days ago   NEW

This company have been harassing my phone going on 3 weeks now after I have told them SEVERAL TIMES this is not Carol's phone. Different numbers would not only call but they text starting at 8 something in the morning until around 5 afternoon. I have asked NICELY to be removed from the call list plenty of times. At this point I believe this is a scamming company and I personally would NOT give these individuals my information whatsoever!!!                                          14

- "Unprofessional, rude, hang up calls. They use an app to disguise where they're calling from. They want you to think they're locals. Sketchy at best. Mis-leading liars who will hurt your credit just to meet quotas. I've bought and sold 4 homes. These guys were the worst company I've ever had contact with."[15]

- "Never worked with this company, never will. The gentleman that called me, sensed my frustration after having been contacted by this

---

[13] https://www.linkedin.com/in/samanthamartyy/
[14] https://www.google.com/search?q=mortgagepros
[15] Id.

company alone MULTIPLE times. I nicely stopped him before his pitch, and told him that I'd figured it out, I wasn't interested, and that I was curious why they didn't honor the do not call registry. Despite my protest, he continued. When I told him again I wasn't interested, he continued. When I asked him how he'd like it if his ac broke(my industry), and he received 30 calls in an hour about replacement, he responded by denigrating my field, and that it wasn't a 30 year investment, therefore didn't require that many calls. I tried to bite my tongue, but he became combative. I've talked to nearly 20 lending companies over the last 3 weeks. I can assure you, none of them, not one acted in this manner. If I was ever interested in this company, I can promise I'd never do business with them now."[16]

- "Multiple calls. They called me 3 times in 15 minutes. I even called back to have my name and number removed. They answered using my name, so they know who I am. I asked to be removed , politely, and this guy was rude and wanted to debate interest rates and wouldn't shut up to listen as to why I was calling. After about a minute of blabbering I finally got a word in asking to be removed from their call list. He said there is no list. He started blabbering again so I had to end the call. Horrible business practice. Won't do business with these clowns."[17]

- "Jules has called me non stop. I have asked to speak with his manager and he hangs up on me. I have been called by this company in the last three days about 15 times. That is uncalled for."[18]

- "Endless spam calls and texts from spoofed numbers, can't report them as spam enough to stop all of it. Ridiculous."[19]

- "I question all the 5 star reviews on this. Same thing on Yelp with this company. MortgagePros is just spamming my phone non-stop with different numbers. The one time I picked up the person on the other end sounded suspicious and I could barely understand him. If you see company with only 5 star and 1 star reviews with nothing in between, it's probably a scam."[20]

---

[16] Id.
[17] Id.
[18] Id.
[19] Id.
[20] Id.

- "This company has been calling my # over and over for the last 3 weeks, some days over 10 times a day! I never contacted this place, they keep asking for the wrong person, they have the wrong address. They are not in the same state. I'm not in the market to do anything for my mortgage. A few days ago I told the rep they have the wrong person, she hung up in my face. When I called back from the number they called me from it goes straight to voicemail, I left a voicemail for someone to call me back and to no surprise no one called back! This company is spoofing their phone number, they are located in Troy Michigan however when they call me the number shows as Colorado. Not only that, every time they call the numbers change over and over. I have contacted the FTC and DNC about your company."[21]

- "Jimy called me asking about refinancing I asked him to put me on their do not call list as I'm not interested. Jimy responded NO! At that time I asked him was he aware that denying my request was against the law to which he responded NO! I don't know the law and continue to question me. The phone call turned into harassment. I discounted the call at that time. If this company calls me again I will be contacting an attorney."[22]

- "I've received numerous phone calls from this company even after registering on the federal do not call list. I've asked them every time to remove me from their call list. One of their employees argued with me. I told them that I didn't want a conversation and that I wanted them to remove me from their list and they continued. I explained that their continued conversation when I didn't want conversation was harassment to which the employee agreed but kept saying they weren't harassing me."[23]

- "They will not stop calling me even though I never applied for anything about a mortgage, heck I don't even pay a fricking mortgage. I called their phone number after looking them up on Google and they said they'd put me on their do not call list. We'll see if they actually stop calling or if they just keep spoofing their number and texting me too. It's ridiculous, learn that no means no when I answer and tell you I don't want to and when I respond to your text and tell you no as well."[24]

---

[21] Id.

[22] Id.

[23] Id.

[24] Id.

20.     In response to these calls, Plaintiff Sandifer brings forward this case seeking injunctive relief requiring the Defendant to cease from violating the TCPA, as well as an award of statutory damages to the members of the Class and costs.

## PLAINTIFF SANDIFER'S ALLEGATIONS

21.     Plaintiff Sandifer is the sole owner and user of his cell phone number ending in 9101.

22.     Plaintiff Sandifer registered his cell phone number on the DNC on June 29, 2016.

23.     Plaintiff Sandifer uses his cell phone number for personal and household use only as one would use a residential landline.

24.     Plaintiff Sandifer does not own a residential landline number.

25.     Plaintiff Sandifer's phone number is registered under his name.

26.     Plaintiff Sandifer does not use his cell phone for business purposes.

27.     Plaintiff Sandifer uses his cell phone number to communicate with family and friends.

28.     Plaintiff Sandifer uses his cell phone to deal with household issues like scheduling services.

29.     Plaintiff Sandifer pays for his cell phone. It is not reimbursed by a company.

30.    The calls that Plaintiff Sandifer received from MortgagePros were received more than 31 days after the Plaintiff registered his cell phone number on the DNC.

31.    On September 16, 2024 at 7:35 AM, Plaintiff Sandifer received an unsolicited call to his cell phone from 904-604-9105.

32.    When Plaintiff Sandifer answered this call, an employee said that he was calling from United Wholesale Mortgage to provide pricing information for a mortgage.

33.    Plaintiff Sandifer complained to the employee about the unsolicited call and that the caller should never have called so early (which was in violation of the TCPA which prohibits calls placed before 8:00 AM).

34.    When 904-604-9105 is called, an automated system identifies the company name MortgagePros.[25]

35.    On 7:36 AM on September 16, 2024, Plaintiff Sandifer received a 2nd unsolicited call to his cell phone from 904-604-9105.

36.    When Plaintiff answered this call, the employee said that he just wanted to provide rates for Plaintiff for a mortgage.

37.    Plaintiff Sandifer told the employee that he was not interested and said, "Take me off your list."

---

[25] Confirmed by Plaintiff and his attorneys

38.     Despite his clear stop request, Plaintiff Sandifer received a 3rd unsolicited call to his cell phone from 904-604-9105 on September 16, 2024 at 8:20 AM.

39.     This call was not answered.

40.     Plaintiff Sandifer received a 4th unsolicited call to his cell phone on September 16, 2024 at 9:38 AM from 904-604-9105.

41.     When Plaintiff answered this call, the same employee that he had spoken to previously asked if he was calling at a better time to provide mortgage rates.

42.     Plaintiff Sandifer told the employee to stop calling again and ended the call.

43.     Plaintiff Sandifer received a 5th unsolicited call to his cell phone on September 16, 2024 at 9:38 AM from 904-604-9105.

44.     This call was not answered.

45.     Plaintiff Sandifer then received a 6th unsolicited call to his cell phone on September 16, 2024 at 9:39 AM from 904-604-9105.

46.     When Plaintiff answered this call, the employee began insisting on providing mortgage rate information.

47.     Plaintiff Sandifer told the employee that if he receives another call, he will take legal action. The call then ended.

48.     Plaintiff Sandifer received a 7th unsolicited call to his cell phone on September 16, 2024 at 10:18 AM from 904-604-9105.

49.     When Plaintiff Sandifer answered this call, the employee again insisted on providing mortgage rate information.

50.     Plaintiff told the employee to stop calling and ended the call.

51.     Plaintiff Sandifer then received 2 more unsolicited calls to his cell phone on September 16, 2024, both at 10:19 AM from 904-604-9105.

52.     Neither of these calls were answered.

53.     Plaintiff Sandifer was very frustrated as a result of the 9 unsolicited calls that he received on September 16, 2024 from 904-604-9105.

54.     Plaintiff called 904-604-9105 shortly after receiving the calls on September 19, 2024 to confirm who called him.

55.     During this call, Plaintiff heard the automated system identify the company name MortgagePros.

56.     Plaintiff Sandifer posted a complaint on Google.com regarding the unsolicited calls that he received from MortgagePros:



**Chris Sandifer**
Local Guide · 172 reviews · 35 photos

★☆☆☆☆  5 days ago  NEW

One of their loan officers cold called me at 7:30 am this morning, and has called me 9 more times (so far) today after explicitly being told to stop calling. I am now suing these clowns in small claims court.

👍 Like

[26]

57.     Shortly after the complaint was posted, Plaintiff Sandifer received a call from a representative at MortgagePros to discuss the complaint.

58.     Plaintiff Sandifer was offered $500 to remove his Google complaint, which he declined.

59.     Plaintiff Sandifer was still upset about the unsolicited calls that he received, which he felt was bordering on harassment.

60.     Plaintiff Sandifer has never done business with MortgagePros.

61.     The unauthorized solicitation telephone calls that Plaintiff received from or on behalf of Defendant have harmed Plaintiff Sandifer in the form of annoyance, nuisance, and invasion of privacy, occupied his phone line, and disturbed the use and enjoyment of his phone, in addition to the mental distress they caused.

62.     Seeking redress for these injuries, Plaintiff Sandifer, on behalf of himself and Classes of similarly situated individuals, brings suit under the TCPA.

---

[26] https://www.google.com/search?q=mortgagepros&oq=mortgagepros

## CLASS ALLEGATIONS

63.    Plaintiff Sandifer brings this action pursuant to Federal Rules of Civil

Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Classes:

> **<u>Do Not Call Registry Class:</u>** All persons in the United States who from
> four years prior to the filing of this action through class certification (1)
> Defendant MortgagePros called more than one time, (2) within any 12-
> month period, (3) where the person's residential telephone number had
> been listed on the National Do Not Call Registry for at least thirty days,
> (4) for substantially the same reason Defendant called Plaintiff.

> **<u>Early/Late Calls Class:</u>** All persons in the United States who from four
> years prior to the filing of this action through class certification (1)
> Defendant MortgagePros called on their cellular telephone number (2)
> before 8:00 AM or after 9:00 PM (3) for substantially the same reason
> Defendant called Plaintiff.

64.    The following individuals are excluded from the Classes: (1) any Judge

or Magistrate presiding over this action and members of their families; (2)

Defendant, its subsidiaries, parents, successors, predecessors, and any entity in

which either Defendant or their parents have a controlling interest and their current

or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons

who properly execute and file a timely request for exclusion from the Classes; (5)

the legal representatives, successors or assigns of any such excluded persons; and

(6) persons whose claims against the Defendant have been fully and finally

adjudicated and/or released. Plaintiff Sandifer anticipates the need to amend the

Class definitions following appropriate discovery.

65.   **Numerosity and Typicality**: On information and belief, there are hundreds, if not thousands of members of the Classes such that joinder of all members is impracticable, and Plaintiff is a member of the Classes.

66.   **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Classes, and those questions predominate over any questions that may affect individual members of the Classes. Common questions for the Classes include, but are not necessarily limited to the following:

(a)   whether Defendant MortgagePros placed multiple calls within a 12-month period to Plaintiff and other consumers whose telephone numbers were registered with the DNC for at least 30 days of the time of each call;

(b)   whether Defendant MortgagePros placed calls to Plaintiff and other consumers either before 8:00 AM or after 9:00 PM;

(c)   whether the calls constitute a violation of the TCPA;

(d)   whether members of the Classes are entitled to treble damages based on the willfulness of Defendant's conduct.

67.   **Adequate Representation**: Plaintiff Sandifer will fairly and adequately represent and protect the interests of the Classes, and has retained counsel competent and experienced in class actions. Plaintiff Sandifer has no interests

antagonistic to those of the Classes, and the Defendant has no defenses unique to Plaintiff. Plaintiff Sandifer and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Classes, and have the financial resources to do so. Neither Plaintiff Sandifer nor his counsel have any interest adverse to the Classes.

68. **Appropriateness**: This class action is also appropriate for certification because the Defendant has acted or refused to act on grounds generally applicable to the Classes and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Classes and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Classes uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Classes as wholes, not on facts or law applicable only to Plaintiff Sandifer. Additionally, the damages suffered by individual members of the Classes will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Classes to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

## FIRST CAUSE OF ACTION
### Telephone Consumer Protection Act
### (Violations of 47 U.S.C. § 227)
### (On Behalf of Plaintiff Sandifer and the Do Not Call Registry Class)

69.     Plaintiff repeats and realleges paragraphs 1-68 of this Complaint and incorporates them by reference herein.

70.     The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or his telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

71.     Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object.  47 U.S.C. § 227(c).

72.     Defendant violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiff Sandifer and the Do Not Call Registry Class members who registered their respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the

federal government.

73.     Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff Sandifer and the Do Not Call Registry Class received more than one telephone call in a 12-month period made by or on behalf of the Defendant in violation of 47 C.F.R. § 64.1200, as described above.

74.     As a result of Defendant's conduct as alleged herein, Plaintiff Sandifer and the Do Not Call Registry Class suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled, inter alia, to receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

75.     To the extent Defendant's misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the Do Not Call Registry Class.

**SECOND CAUSE OF ACTION**
**Telephone Consumer Protection Act**
**(Violations of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Sandifer and the Early/Late Calls Class)**

76.     Plaintiff repeats and realleges paragraphs 1-68 of this Complaint and incorporates them by reference herein.

77.     The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "(1) Any residential telephone subscriber before the hour of 8 a.m. or after 9 p.m. (local time at the called party's location)."

78.    Defendant violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiff Sandifer and the Early/Late Calls Class members who received calls either before 8:00 AM or after 9:00 PM.

79.    As a result of Defendant's conduct as alleged herein, Plaintiff Sandifer and the Early/Late Calls Class suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled, inter alia, to receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

80.    To the extent Defendant's misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the Early/Late Calls Class.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of the Classes, prays for the following relief:

a)   An order certifying this case as a class action on behalf of the Classes as defined above; appointing Plaintiff as the representative of the Classes; and appointing his attorneys as Class Counsel;

b)   An award of money damages and costs;

c)  An order declaring that Defendant's actions, as set out above, violate the TCPA;

d)  An injunction requiring Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Classes; and

e)  Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Sandifer requests a jury trial.

**CHRISTOPHER JAMES SANDIFER**, individually and on behalf of all others similarly situated,

DATED this 7th day of November, 2024.

By: /s/ *Stefan Coleman*

Stefan Coleman
law@stefancoleman.com
Coleman PLLC
18117 Biscayne Blvd, Suite 4152
Miami, FL 33160
Telephone: (877) 333-9427

Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

George Blackmore* (P76942)

Direct: 248-847-0580 | Fax: 855-744-4419
Blackmore Law PLC  | www.blackmore.law
1129 West 14 Mile Rd. #1006
Clawson, MI 48017
george@blackmore.law

*Attorneys for Plaintiff and the putative
Classes*

*\*Local counsel*