UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Christopher Sandifer,**

    **Plaintiff,**

v.

**MortgagePros, LLC,**

    **Defendant.**

_____/

Case No. 24-12982

Honorable Denise Page Hood

## ORDER DISMISSING CASE

On March 13, 2025, Plaintiff filed a Notice of Voluntary Dismissal under Rule 41(a)(1)(A)(i) of the Rules of Civil Procedure.

Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice pursuant to Rule 41(a)(1) of the Rules of Civil Procedure.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: March 26, 2025